UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLENNEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 22-cv-00547-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 48 |

Counsel for the plaintiffs failed to pre-register for and appear at the case management conference on February 8, 2023, and they have failed to respond to multiple emails from the Court. The plaintiffs are ordered to show cause why their claims should not be dismissed for failure to prosecute. Counsel for the plaintiffs must also show cause why they should not be sanctioned for this conduct. A written response is due by February 9, 2023.

**IT IS SO ORDERED.**

Dated: February 8, 2023

VINCE CHHABRIA
United States District Judge