UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLENNEY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 22-cv-00547-VC<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. Nos. 60, 63 |

The request to dismiss Norma Clenney's claims is granted. Dismissal is without prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2023

VINCE CHHABRIA
United States District Judge